## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **DAVID MICHAEL STAUTIHAR**, individually and on behalf of all others similarly situated, | Case No. |
| | **CLASS ACTION COMPLAINT** |
| *Plaintiff,* | **DEMAND FOR JURY TRIAL** |
| *v.* | |
| **SELECTQUOTE, INC.**., a Delaware corporation, | |
| *Defendant.* | |

## CLASS ACTION COMPLAINT

Plaintiff David Michael Stautihar ("Plaintiff Stautihar" or "Stautihar") brings this Class Action Complaint and Demand for Jury Trial against Defendant SelectQuote, Inc. ("Defendant SelectQuote" or "SelectQuote") to stop the Defendant from violating the Telephone Consumer Protection Act by making telemarketing calls after the consumer specifically opted out of receiving any more phone communications from the Defendant. Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## PARTIES

1.     Plaintiff David Michael Stautihar is a resident of Muncie, Indiana.

2.     Defendant SelectQuote is a Delaware corporation with its principal place of business in Overland Park, Kansas.  Defendant SelectQuote has 6 offices across the U.S. including one in Jacksonville, FL[1], and Defendant conducts business throughout this District, Florida, and the U.S.

## JURISDICTION AND VENUE

3.     This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4.     This Court has personal jurisdiction and venue is proper since the wrongful conduct giving rise to this case was directed by the Defendant to the Plaintiff from this District.

## INTRODUCTION

5.     As the Supreme Court recently explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's

---

[1] https://www.selectquote.com/careers/

representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

6.      When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

7.      By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

8.      The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

9.      Industry data shows that the number of robocalls made each month increased from 831 million in September 2015 to 4.7 billion in December 2018— a 466% increase in three years.

10.     According to online robocall tracking service "YouMail," 4.1 billion robocalls were placed in November, 2021, at a rate of 137.4 million calls per day. www.robocallindex.com (last visited December 13, 2021).

11.     The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

12.     "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[2]

13.     "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[3]

## COMMON ALLEGATIONS

14.     Defendant SelectQuote is an insurance brokerage company. It sells a variety of insurance plans from other insurance providers to consumers across the U.S.[4]

15.     Defendant SelectQuote hires agents to solicit their products to consumers across the U.S.

16.     Defendant SelectQuote also uses third party lead generators to place cold calls to consumers across the U.S. on their behalf, and transfer potential leads to the Defendant's agents.

---

[2] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls
[3] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[4] https://www.selectquote.com/about/

17.     Several of the Defendant's employees have posted reviews online confirming the Defendant's telemarketing practices, including but not limited to the following:

- Review posted by current and former employees [5]:

### Good until they change commission

Licensed Insurance Agent (Former Employee) - Fort Lauderdale, FL - August 19, 2021

Changed rules for commission very often with out notice.Upper management doesn't care about sales reps. Cold calls are what you getting on the dial system. 30min lunch good pay

### Beware!

Life and Health Insurance Agent (Current Employee) - Remote - May 19, 2021

Beware, the ramp up periodis where most people fail. If you make it past this period, you have a fighting chance. But, LOW QUALITY + MINIMAL LEADS WILL GREATLY AFFECT YOUR ABILITY TO MAINTAIN PUTTING SALES ON THE BOARD EACH DAY. During training you are told that everyone has the same opportunities, but that IS NOT TRUE. TOP AGENTS ARE EXCLUSIVELY FED HIGHER QUALITY LEADS and therefore have better chances at a SALE. YOUR JOB SECURITY IS ALWAYS IN SHAMBLES. A lot of the leads are recycled and repeat contacts are suppressed. The calls consist of clients that have already been sold, are not interested, or are clueless as to why we are on the phone with them. This job is packaged as an inbound position because you are not dialing, however YOU ARE MOST CERTAINLY DOING THE JOB OF A COLD CALL, "DIAL FOR DOLLARS" SALES AGENT. The partner agencies who transfer the calls are terrible. They give you a name and drop the client in, when they should be providing much more information to ensure that the client is aware of who we are and also why we are speaking to them. But, they are not forthcoming with the client to get them transferred through, and management coaches you to accept this as normal and expects you to sell them a policy anyways. PAY STRUCTURE HAS CHANGED EACH MONTH I'VE ON BEEN ONBOARD- HOW IS THIS EVEN POSSIBLE? You are encouraged to work Saturdays, which help but should not make-or-break an average performer. You should be able to have an "average" performance as a producer and still have job security. You are also encouraged to work late into the evening to make up for unproductive mornings, where TV ads are minimal. Where is the work life balance in that? Most of the top agents make one third of their sales working overtime. And, yes, you are permitted an hour lunch break, but encouraged to forego part of it, because

---

[5] https://www.indeed.com/cmp/Selectquote/reviews?fjobtitle=Insurance+Agent

## Sink or swim

Life and Health Insurance Agent (Former Employee) - Overland Park, KS - March 18, 2020

The training was hurried and the leads were difficult to sell to. I was given a short month to sell. My third party lead transfers were usually not qualified for various reasons. I was starting to sell and close at a good level, but I did not have a good start and was let go.

## An honest review for potential employees

Insurance Sales Agent (Current Employee) - Remote - November 9, 2021

 **Indeed Featured review**
The most useful review selected by Indeed

Forget everything the onboarder and recruiter say, because its garbage.
The job will throw you into the fire with little to no actual training. The calls you will get are not warm, only the level 1 and 2 agents get warm calls. Your success with this job is 90% luck based. They take 500 people and throw them on the phones with the same script, and maybe 5% of them will hit a streak of getting consistent sales solely because that's how odds work. That 5% will be given level 1 and 2 and be provided with a steady stream of actual warm leads that will nurture their position. If this is you, congrats, You beat the dice roll and will now be making close to 6 figures! Endless inbound calls and your earning potential is based on your effort! THIS is the position pitched in the interview process.
If you are in the other 95% and didn't end up lucky, you're a level 3 4 or 5 agent and now will have to grasp for straws to even make minimum wage. You will be provided with no help at this point because the managers focus all of their effort on the level 1s and the new classes that are coming in right after you. You will spend your days desperately sifting through a no sale list of thousands of clients to cold call, as your phone will ring only once every 10 to 15 minutes, leaving cold calling your only source of money. I dont care how good of a salesman you think you are, plenty of top tier sellers with sales backgrounds end up here because again, its luck based. If you've ended up here, its best to ride out your training pay and then quit. Do not waste your time as your odds of leveling up past 3 are virtually 0.
TLDR only level 1s and 2s get to actually participate in this job. Your odds of becoming level 1 or 2 are based off of luck, not experience or effort, so don't expect it. You will likely end up 3 4 or 5 and spend 12 hours a day cold calling and watching YouTube

## Preferential treatment

Life and Health Insurance Agent (Current Employee) - Phoenix, AZ - July 8, 2021

Lots of unproductive leads that count against you. You get capped and you're not allowed to get more calls until later in the day. You have to work Saturday to make up calls.

- The following employees' reviews call out the third-party tele-callers used by the Defendant[6]:

### it was an ok experience

Life Insurance Agent (Former Employee) - Milwaukee, WI - April 19, 2021

I felt it was a sink or swim job. They spent 2 weeks on what the products are we sell, how to navigate the system, then gave you a script and put you on the phone. Then no training or help after that. I feel like they didn't really care if you succeed or not. I had a good first month I exceeded all goals but one my close rate was 16% they wanted us at 20%. Due to that my inbound leads were cut in half. That vastly cut down my opportunities to sell. So I went from 15 leads to 7 or 8 leads a day. Now being down to 7-8 leads many leads that were transferred people were not looking for life insurance so they didn't not want to talk to you. Many leads would hang up before you get to you. Then when you finally get someone that interested they cant afford it. Many of the people that could afford something were only able to get a policy that would barely cover a cremation so you wouldn't make much money of that policy to reach you quota. Yes there takes some salesmanship to do this job but sales is a numbers game if you can't get up to bat you cant hit home runs. When I finally did get some extra training I was let go before I could implement what I learned. I was let go after 2 months on the phone. The last week of the 2nd month I made turn around and the first day of the third month I had a good sales day but I guess too little to late. It felt like more luck of the draw predicated your success. However I'm not bitter I think I didn't have the insurance experience to be good. I wish I could have got that 3rd month to see if could turn it around then if couldn't I understand letting me go. -

- The following review, posted by a former employee of the Defendant also talks about cold calling leads that were transferred from third-party telemarketers[7]:

---

[6] https://www.indeed.com/cmp/Selectquote/reviews?fjobtitle=Insurance+Agent
[7] https://www.glassdoor.com/Reviews/SelectQuote-Reviews-E331732_P6.htm?filter.iso3Language=eng

Former Employee, less than 1 year

**They really exaggerate the pay potential**

Sep 1, 2021 - Senior Sales Consultant in Overland Park, KS

✖ Recommend    ✖ CEO Approval    ◯ Business Outlook

**Pros**

They do offer paid training once you have completed your state license.

**Cons**

There are many hours of work / training / certifications you have to complete on your own without pay to even make it to the paid training. When you are out of training and trying to take calls, you do receive inbound calls but most of them are transfers from a third party marketing firm and the people on the phone have no idea why they are on the phone with you. Many of them have been mislead and have no intention of doing business. It is basically cold calling in disguise. The calls that do come in direct from a consumer are routed to agents that have been there the longest, The only way you get one of those calls is if EVERYONE there before you is actively on a call or not available. This rarely happens.

18.    Multiple consumers across the U.S. have been receiving unwanted solicitation calls from Defendant SelectQuote, like Plaintiff Stautihar, and have posted complaints regarding the same, including but not limited to:

- "I get daily calls, over 10 times a day from this joke of a company. Calling from different area codes. Always of Indian accent. I am on the DNC registry and what not. Asking for my personal information to offer me Medicare Part C benefits. Stating they're showing I have Medicare A and B. I'm only 46. One time I asked the Indian dude what company he is representing and actually told me Medicare. FALSE you idiot. The next guy actually gave up Select Quote. I'm tired of hearing my phone ring and blocking all the numbers. Delete my number and name. Trying to find a class action lawsuit against this company. I might just start one. RESPONSE: *We have received your request. Our records show we have not contacted you directly, but rest assured you have been placed on our internal do-not-call list as well as our vendors do-not-call list. Please be advised that it may take up to 72 hours for this to be fully effective.*" [8]

- "I am on the National Do Not Call registry, I am getting repeated calls about insurance for Senior Perks through Select Quotes.. When I engage in the sales call (calling from a spoofed number, using an autodialers, and using a fictitious company name) I am transferred to a SelectQuotes agent. SelectQuotes is using third party marketing companies, and either knows

---

[8] https://www.bbb.org/us/ks/overland-park/profile/insurance-services-office/selectquote-insurance-services-inc-0674-99158699/complaints

or should know these companies are violating the national do not call registry. When I ask the agents for names or ID numbers for registration in my states, they assure me they are registered in my state but will not give additional information. When any other questions are asked, the agent hangs up. Every time. I should not need to be placed on an internal do not call list when i am on the national registry. If Select Quote is using a third party, they are in violation as well." [9]

- "For the past 3 months, I have been receiving calls daily from Select Quote's call center goons. Yesterday, I received (11) calls from these jerks and when I ask to please stop calling, they immediately hang up. When I do lie about my age and get through the hoops to talk to a Select Quote Agent, they tell me that there is nothing that they can do. All of Call Center Agents barely speak English and the backround noise is loud. Last week, I even heard Roosters in the background from one of the callers Based on Select Quotes using very unprofessional Call Centers, I can tell that they are not a reputable company and I am requesting that they STOP CALLING ME. I am 32 years old and I have my own insurance. I dont need their insurance services." [10]

- "I am on the National Do Not Call list, and am getting repeated calls about insurance. When I engage in the sales call (calling from a spoofed number, using an autodialers, and using a fictitious company name) I am transferred to a SelectQuotes agent. SelectQuotes is using third party marketing companies, and either knows or should know these companies are violating the national do not call list." [11]

- "I am on the do not call list. I receive multiple calls on a daily basis from select quote. I have asked to be removed from their lost multiple times and I still receive calls." [12]

- "In the past month, I am receiving 1-3 phone calls daily on my home and cell phone. The calls are always from *******. She begins by saying that she sees that I have recently turned 65 and she would like to share information about medicare insurance choices with me. I have not turned 65 as my birthyear is 1956. I have told her that I am not 65, nor am I

---

[9] https://www.bbb.org/us/ks/overland-park/profile/insurance-services-office/selectquote-insurance-services-inc-0674-99158699/complaints
[10] *Id.*
[11] *Id.*
[12] *Id.*

interested in any information. I have asked them to send information so that I can indicate that I am not interested in any products, and have asked repeatedly to be removed from their call list. Each time I begin to share my wishes with her, she ends the call. It is as though she recognizes my voice and remembers our previous conversations. She has even called my cell number and asked for my husband, *******, by name and when I tell them that is not his number, they have asked for a better number for him. They have his cell and home number as he is receiving the same calls that begin with "we see that you have recently turned 65"; he is not even 64 until October." [13]

- "Every year I'm contacted via text message from an unreachable number soliciting my business. The messages are unwanted yet they keep coming despite my opting out by stating STOP as requested in the text.I'm irritated, aggravated, frustrated and annoyed. I'm of sound mind, able to think, **************** and make my own choices without feeling the feeling of being pressured." [14]

- "This company uses old calling, unsolicited robocalling, done with spoofed numbers from boiler rooms in *****/********, ignoring the do not call register. Then after whoever mans the phones in ****** or ******* has pre screened you as a viable cash cow, they transfer you to their *** insurance sales people. This company need to be prosecuted, fined and possibly put out of business." [15]

- "I keep getting telephone solicitations from an Indian call center and when my curiosity got the better of me I continued until I was connected with **************************** in ************* ******. I am on the national 'do not call list' which the Indian operator reminded me of even though THEY had called me (and continue to call me incessantly).This company is engaging in illegal phone solicitation and gets around it by using the overseas (Indian) call centers. I NEED it to stop! Select Quote is NOT interested in stopping this so I'm filing this complaint and next will be filing civil charges." [16]

---

[13] *Id.*

[14] https://www.bbb.org/us/ks/overland-park/profile/insurance-services-office/selectquote-insurance-services-inc-0674-99158699/customer-reviews

[15] *Id.*

[16] *Id.*

- "I get several calls a day from this company. I am on the do not call list. They try to hard sell you using emotional stories. They are thieves. When asked, they give out bogus insurance sales registration numbers. They claim to be registered in states they are not. They gave me this lic number when I asked. ********" [17]

19.     In response, Plaintiff brings this case seeking injunctive relief requiring the Defendant to cease from violating the Telephone Consumer Protection Act by failing to maintain adequate policies and procedures for maintaining and honoring do not contact requests, as well as an award of statutory damages to the members of the Class and costs.

## PLAINTIFF'S ALLEGATIONS

20.     Plaintiff Stautihar is the subscriber and sole user of the cell phone number ending 954-xxx-xxxx.

21.     On October 25, 2021, at or around 7:30 PM, Plaintiff received a phone call to his cell phone which was transferred to an agent who identified the company they were calling from as Defendant SelectQuote. Plaintiff told the agent that he does not want to receive any calls from the Defendant and told the Defendant to stop calling him.

22.     Despite the above stop request, Plaintiff received multiple calls from the Defendant the following day, using different phone numbers, including, but not limited to:

---

[17] *Id.*

- From the phone number 754-346-2105,[18] on October 26, 2021, at 1:02 PM,

- From the phone number 850-600-3572,[19] on October 26, 2021, at 1:07 PM.

23.   On November 1, 2021, Plaintiff received the following phone calls from Defendant SelectQuote which contained automated messages stating that the Plaintiff's phone number was added to SelectQuote's do not call list:

- From the phone number 239-439-5264,[20] at 2:06 PM, and

- From the phone number 352-605-9645,[21] at 3:48 PM.

24.   All the calls Plaintiff received from and/or on behalf of the Defendant, as alleged above, were placed by the Defendant using phone numbers with Florida area codes, showing that these calls originated from this District, in the state of Florida.

25.   The unwanted solicitation calls that Plaintiff received from SelectQuote have harmed Plaintiff Stautihar in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of his phone, in addition to the wear

---

[18] 754 is an area code for Broward County, Florida. https://www.allareacodes.com/754
[19] 850 is an area code for, among others, Leon and Escambia Counties, Florida. https://www.allareacodes.com/850
[20] 239 is an area code primarily for Lee and Collier Counties, Florida. https://www.allareacodes.com/239
[21] 352 is an area code for, among others, Alachua and Marion Counties, Florida. https://www.allareacodes.com/352

and tear on the phone's hardware (including the phone's battery) and the consumption of memory on the phone.

26.    Seeking redress for these injuries, Plaintiff Stautihar, on behalf of himself and a Class of similarly situated individuals, bring suit under the TCPA.

## CLASS ALLEGATIONS
### Class Treatment Is Appropriate for Plaintiff's TCPA Claims Arising From the Defendant's Actions

27.    Plaintiff Stautihar brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seek certification of the following Class:

**<u>Internal Do Not Call Class:</u>** All persons in the United States who from four years prior to the filing of this action through class certification (1) Defendant texted or called on their residential telephone line (2) including at least once after the consumer had communicated their wish to not receive any further calls from the Defendant (3) for substantially the same reason Defendant called Plaintiff.

28.    The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, their subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant has been fully and finally adjudicated

and/or released. Plaintiff Stautihar anticipates the need to amend the Class definitions following appropriate discovery.

29.     **Typicality and Numerosity**: Plaintiff is a member of the Class who received calls as part of the same telemarketing campaign as other Class members, and on information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable.

30.     **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

(a)     whether Defendant's conduct violated the TCPA;

(b)     whether the Defendant engaged in telemarketing without implementing adequate internal policies and procedures for maintaining an internal do not call list;

(c)     whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

31.     **Adequate Representation**: Plaintiff Stautihar will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Stautihar has no interests antagonistic to those of the Class, and Defendant has no defenses unique to Plaintiff.

14

Plaintiff Stautihar and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Stautihar nor his counsel have any interest adverse to the Class.

32.  **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff Stautihar. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## FIRST CLAIM FOR RELIEF
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Stautihar and the Internal Do Not Call Class)**

33.  Plaintiff repeats and realleges paragraphs 1 through 32 of this

Complaint and incorporates them by reference herein.

34.     Under 47 C.F.R. § 64.1200(d), "[n]o person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet the following minimum standards:

> (1) Written policy. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.

> (2) Training of personnel engaged in telemarketing. Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.

> (3) Recording, disclosure of do-not-call requests. If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or on whose behalf such calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request. If such requests are recorded or maintained by a party other than the person or entity on whose behalf the telemarketing call is made, the person or entity on whose behalf the telemarketing call is made will be liable for any failures to honor the do-not-call request. A person or entity making a call for telemarketing purposes must obtain a consumer's prior express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a telemarketing call is made or an affiliated entity.

> (4) Identification of sellers and telemarketers. A person or entity making a call for telemarketing purposes must provide the called party with the name of the individual caller, the name of the person

or entity on whose behalf the call is being made, and a telephone number or address at which the person or entity may be contacted. The telephone number provided may not be a 900 number or any other number for which charges exceed local or long-distance transmission charges.

(5) Affiliated persons or entities. In the absence of a specific request by the subscriber to the contrary, a residential subscriber's do-not-call request shall apply to the particular business entity making the call (or on whose behalf a call is made), and will not apply to affiliated entities unless the consumer reasonably would expect them to be included given the identification of the caller and the product being advertised.

(6) Maintenance of do-not-call lists. A person or entity making calls for telemarketing purposes must maintain a record of a consumer's request not to receive further telemarketing calls. A do-not-call request must be honored for 5 years from the time the request is made.

35.    Defendant placed calls to Plaintiff and members of the Class without implementing internal procedures for maintaining a list of persons who request not to be called by the entity and/or by implementing procedures that do not meet the minimum requirements to allow the Defendant to initiate telemarketing calls.

36.    The TCPA provides that any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c)(5).

37.    The Defendant has, therefore, violated 47 U.S.C. § 227(c)(5). As a result of Defendant's conduct, Plaintiff and the other members of the Class are each entitled to up to $1,500 per violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Stautihar individually and on behalf of the Class, prays for the following relief:

a)    An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff Stautihar as the representative of the Class; and appointing his attorneys as Class Counsel;

b)    An award of actual and/or statutory damages and costs;

c)    An order declaring that Defendant's actions, as set out above, violate the TCPA;

d)    An injunction requiring the Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Class; and

e)    Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff requests a jury trial.

Respectfully Submitted,

**DAVID MICHAEL STAUTIHAR**,
individually and on behalf of those similarly
situated individuals

Dated: December 14, 2021

*/s/Stefan Coleman*
Stefan Coleman (FL Bar No. 30188)
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd, 28th Floor,
Miami, FL 33131
Telephone: (877) 333-9427


Avi R. Kaufman (FL Bar No. 84382)*
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
*Trial counsel

*Attorneys for Plaintiff and the putative Class*