# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DAVID MICHAEL STAUTIHAR,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

    Case No. 3:21-cv-01226-BJD-MCR

SELECTQUOTE, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, SelectQuote, Inc., through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: July 27, 2022

    Respectfully submitted,

    */s/ Ashley Wydro*
    Ashley Wydro, Esq.
    Florida Bar No. 0106605
    Dayle M. Van Hoose, Esq.
    Florida Bar No. 0016277
    SESSIONS, ISRAEL & SHARTLE
    3350 Buschwood Park Drive, Suite 195

Tampa, Florida 33618
Telephone: (813) 440-5327
Facsimile: (877) 334-0661
awydro@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*SelectQuote, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July 2022, a copy of the foregoing was filed electronically in the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Stefan Coleman, Esq.
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd, 28th Floor,
Miami, FL 33131
law@stefancoleman.com

Avi R. Kaufman, Esq.
kaufman P.A.
400 NW 26th Street
Miami, FL 33127
kaufman@kaufmanpa.com

*/s/ Ashley Wydro*
Attorney