UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID MICHAEL STAUTIHAR,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.                                          Case No. 3:21-cv-1226-BJD-MCR

SELECTQUOTE, INC., a Delaware
corporation,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Pending Settlement (Doc. 14; Notice) filed on July 27, 2022. In the Notice, Defendant advises the Court that the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1. The final pretrial conference scheduled for November 15, 2023, is cancelled and this case is removed from the December 4, 2023, trial term.

2. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3.   The parties shall have until **September 27, 2022**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4.   If the parties have not so stipulated or moved the Court by the **September 27, 2022,** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of August, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record