UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID MICHAEL STAUTIHAR,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

Case No. 3:21-cv-1226-BJD-MCR

SELECTQUOTE, INC., a Delaware
corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 16; Stipulation) filed on September 27, 2022. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice as to Plaintiff's claims individually and without prejudice as to the putative class's claims. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice** as to Plaintiff's claims individually and **without prejudice** as to the putative class's claims.

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 6th day of September, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record